**FILED**

April 4, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. Mag 07-0097 EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOEL NATHAN WARD, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Joel Nathan Ward , Case No. Mag 07-0097 EFB,

Charge Title 18 USC §§ 1343; 1957(a), from custody subject to the conditions contained in the

attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

**X**    Bail Posted in the Sum of $ *125,000*°°

     **X**    Unsecured Appearance Bond

     ____    Appearance Bond with 10% Deposit

     ____    Appearance Bond with Surety

     ____    Corporate Surety Bail Bond

     **X**    (Other)    *With Pretrial Services*

*Supervision of conditions.*

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at Sacramento, CA  on   *April 4, 2007*  at *3:10*   pm .

By   *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal