1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   ELLEN V. ENDRIZZI
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2745
5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )    No. 2:07-cr-00135 GEB
12              Plaintiff,       )
                                 )
13         v.                    )
                                 )    **STIPULATION REGARDING**
14 JOEL NATHAN WARD,             )    **CORRECTED AMOUNT OF**
                                 )    **RESTITUTION**
15              Defendant.       )
   _____)
16

17     The defendant, Joel Nathan Ward, by and through his undersigned

18 counsel, and the United States, by and through its undersigned

19 counsel, HEREBY STIPULATE AND AGREE:

20     A clerical error occurred regarding the determination of

21 restitution, in that a loss amount for one victim was not included

22 in the restitution calculation.

23     The parties agree that the Court, pursuant to Federal Rule of

24 Criminal Procedure 36, has the authority to correct this clerical

25 error in the judgment arising from the inadvertent oversight

26 described above.

27     The parties request that the Court order restitution in the new

28 amount of $11,300,501.53.  This new order does not preclude the

                                 1

1  defendant from asserting his right to challenge the amount within 60

2  days of the initial judgment and sentencing, held on April 25, 2008.

3

4                                    Respectfully submitted,

5  DATED: May 2, 2008                McGREGOR W. SCOTT
                                     United States Attorney
6
                             By:  /s/ Benjamin B. Wagner
7
                                  BENJAMIN B. WAGNER
8                                 ELLEN V. ENDRIZZI
                                  Assistant U.S. Attorneys
9

10 DATED: May 2, 2008               DANIEL BRODERICK
                                    Federal Public Defender
11
                             By:  /s/ Jeffrey L. Staniels
12
                                  JEFFREY L. STANIELS
13                                Assistant Federal Public Defender
                                  Counsel for Defendant Joel Ward
14

15

16                         **O R D E R**

17      The defendant, Joel Nathan Ward, is hereby ordered to pay

18 restitution in the amount of $11,300,501.53.

19      The amount in the earlier order, dated April 25, 2008, is

20 hereby vacated.

21      The defendant has 60 days from April 25, 2008 to challenge the

22 total amount of restitution.

23      IT IS SO ORDERED.

24 Dated:  May 5, 2008

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28

                              2