IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-CR-00135 GEB |
|---|---|
| Plaintiff, | |
| v. | ORDER ON MOTION FOR TURN OVER OF PROPERTY TO CLERK OF COURT |
| JOEL NATHAN WARD, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3613(c) and (f), on motion by the United States of America, this Court orders the Federal Bureau of Investigation to turn over possession of the $15,843.23 in United States currency that it seized from the Defendant, Joel Nathan Ward, to the Clerk of the Court so that said sum may be applied toward the restitution imposed by this Court against the Defendant for the benefit of his victims.

IT IS SO ORDERED.

Dated: June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Order                                      1