IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v.<br>JOEL NATHAN WARD,<br>　　　　　Defendant.<br>_____ | 2:07-cr-00135-GEB<br><br>ORDER |

　　　　Defendant filed two motions on March 15, 2012, in which he seeks to reopen this action, withdraw his guilty plea, and "immediately [be] release[d] . . . from custody on [his] own recognizance." (ECF Nos. 67, 68.) However, the Court lacks "jurisdiction to entertain" Defendants' motions, since he is seeking to withdraw his guilty plea after he was sentenced. See United States v. Baker, 790 F.2d 1437, 1438 (9th Cir. 1986)(applying former Fed. R. Crim. P. 32(e), from which Fed. R. Crim. P. 11(e) is derived). As prescribed in Federal Rule of Criminal Procedure ("Rule") 11(e): "After the court imposes sentence, the defendant may not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack."

　　　　For the stated reasons, Defendants' motions are denied.

Dated:  March 20, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge

1